

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-10-00189-CV

CARTER & BURGESS, INC. AND           APPELLANTS
CARTER & BURGESS, INC. D/B/A
JACOBS CARTER BURGESS

V.

CROSSTEX NORTH TEXAS           APPELLEE
GATHERING, L.P.

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY

------------

## OPINION ON REHEARING

------------

Appellants Carter & Burgess, Inc., and Carter & Burgess, Inc. d/b/a Jacobs Carter Burgess (collectively, Carter Burgess) filed an unopposed motion for rehearing and an agreed motion to withdraw our previous opinion and remand the case to the trial court. The motion for rehearing is denied. The motion to withdraw our opinion is granted. We withdraw our opinion and judgment of March 24, 2011, and we substitute the following.

The parties in this case have reached a settlement. In an effort to facilitate the parties' settlement, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995); *Bonney v. Scott*, No. 2-08-00124-CV, 2009 WL 1905137 (Tex. App.—Fort Worth, Jul. 2, 2009, no pet.) (mem. op.). Costs of this appeal shall be paid by the party incurring same, for which let execution issue. *See* Tex. R. App. P. 43.4.

LEE GABRIEL
JUSTICE

PANEL: GARDNER, MEIER, and GABRIEL, JJ.

DELIVERED: June 9, 2011